701

No. 41292.—Protests 957506–G/88071, etc., of Chicago Mail Order Co. (Chicago).

Opinion by TILSON, J. It was conceded that the outer covering of the baby footwear in question is one piece. There is a tuck at approximately the place where the sole and upper would naturally be joined, but it is one continuous piece of material, which was held to distinguish it from United States v. Feltman (22 C. C. P. A. 637, T. D. 47616) and United States v. Kahn (13 Ct. Cust. Appls. 57, T. D. 40881). The court, being of the opinion that it was not the intent of Congress to except from paragraph 1529 footwear upon which there is visible only a mock line of demarcation between the soles and uppers, overruled the protests.

No. 41293.—Protest 985448–G of Syndicate Alliance Trading Co. (New York).

Opinion by TILSON, J. It was found that certain items consist of upholstery cloths, Jacquard figured, in the piece, in chief value of cotton, and not pile fabrics or bed ticking. The claim at 55 percent under paragraph 908 was therefore sustained. :

No. 41294.—Protest 967807–G of Oviatts, Inc. (Los Angeles).

Opinion by TILSON, J. The record showed that certain items consist of articles in chief value of silk, hemmed or hemstitched, similar to those involved in Abstract 26903. The claim at 60 percent under paragraph 1209 was therefore sustained.

No. 41295.—Protest 981416–G of Mitsui & Co., Ltd. (New York).

Opinion by TILSON, J. On the record presented the protest was dismissed.

No. 41296.—Petition 5669–R of Spanish Book & Stationery Co. (San Antonio).

Opinion by TILSON, J. The petition was dismissed.

No. 41297.—Protests 613384–G, etc., of Max Fischer et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.